UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD C. ROBERTS,

    Plaintiff,

vs                                                                       Case No: 12-14661
                                                                       Honorable Victoria A. Roberts

COMMISSION OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      On October 24, 2013, Magistrate Judge Grand issued a Report and Recommendation [Doc.14], recommending that Defendant's Motion for Summary Judgment [Doc. 13] be denied, Plaintiff's Motion for Summary Judgment [Doc. 11] be Granted in Part, the ALJ's decision be reversed and case remanded. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation.

      This matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

      **IT IS ORDERED**.

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: November 18, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 18, 2013.

S/Linda Vertriest
Deputy Clerk